UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.**

JAVIER ACEBEDO,

    Plaintiff,

v.

COMPUTER TASK GROUP, INC.,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, **COMPUTER TASK GROUP, INC.** ("**Defendant**"), pursuant to 28 U.S.C. §§ 1441 and 1446, files its Notice of Removal of the above action pending before the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, being the district in which the action is pending.  In support of this Notice of Removal, Defendant respectfully states as follows:

    1.    On June 19, 2019, Plaintiff **JAVIER ACEBEDO** ("**Plaintiff**") filed a five-count complaint against Defendant before the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (Case No. 19-018376), alleging causes of action for breach of contract (Count I), quantum meruit (Count II), unjust enrichment (Count III), minimum wage violations under the Fair Labor Standards Act ("**FLSA**"), 29 U.S.C. § 206 (Count IV), and retaliation under the FLSA (Count V).

    2.    On June 24, 2019, Plaintiff served Defendant with the Complaint. Therefore, the time for filing this Notice of Removal under 28 U.S.C. 1446(b) has not yet expired.

3. A true and correct copy of the Complaint and other documents served upon Defendant are filed herewith. No other pleadings or orders have been filed, entered, served, or purportedly served upon Defendant at this time.

4. This lawsuit was brought pursuant to a federal statute: the FLSA. The action is, therefore, a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337(a), and one which may be removed by Defendant to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

5. Defendant respectfully requests that the United States District Court for the Southern District of Florida accept this Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and process as may be necessary to bring before it all parties necessary for the trial hereof.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order causing the above-entitled action to be removed to this Court for further proceedings; that this Court take jurisdiction herein; and that this Court grant Defendant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida  33131
(305) 347-7337
(305) 347-7837 (Facsimile)
rllorens@shutts.com

By: *s/ Rene Gonzalez-LLorens*
    Rene Gonzalez-LLorens
    Florida Bar No. 53790
    Stephen B. Gillman
    Florida Bar No. 196734

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal was sent via e-mail and regular mail on this 10th day of July, 2019, to:

Anthony M. Georges-Pierre, Esq.
Max L. Horowitz, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
E-Mail: agp@rgpattorneys.com
E-Mail: mhorowitz@rgpattorneys.com
*Counsel for Plaintiff*

      *s/ Rene Gonzalez-LLorens*
      Of Counsel

MIADOCS 18423370 1